FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Roberta and Robert Duplantis,** § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | CIVIL ACTION _____ | |
| § | | |
| **American Airlines, Inc. and American** § | | |
| **Airlines Group. Inc.,** § | | |
| *Defendants.* § | | |

TO THE HONORABLE JUDGE OF SAID COURT,

ROBERTA AND ROBERT DUPLANTIS, ("Plaintiffs") file this lawsuit complaining of American Airlines, Inc. and American Airlines Group, Inc. ("Defendants") and for causes of action respectfully show the Court the following:

## PARTIES, VENUE AND JUISDICTION

1. Plaintiffs, ROBERTA DUPLANTIS and ROBERT DUPLANTIS are individuals, citizens of the United Sates, and residents of Tarrant County, Texas.

2. Defendant AMERICAN AIRLINES, INC. is a foreign for-profit corporation authorized and doing business in Texas. Defendant maybe served with summons at Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3136.

3. Defendant AMERICAN AIRLINES GROUP, INC. is a corporation authorized and doing business in Texas. Defendant may be served with summons at Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3136.

4. Venue is proper under Article 33 of the Montreal Convention Act and Defendants' principle place of business and domicile is in Tarrant County, Texas.

5. Jurisdiction in this case is proper under Article 33 of the Montreal Convention. The Montreal Convention exclusively governs the liability of aircraft carriers for personal injuries on international flights.

II.

6. Plaintiff and her husband boarded Flight 48 in Dallas/Ft Worth airport on March 29, 2023, for a trip to Paris; and planning to return on the American Airlines flight to DFW many days later.

7. Plaintiffs landed at Charles De Gaulle on March 30, 2023.

8. American Airlines organized or did not have a gate to park the plane to use the jet bridge to disembark passengers.

9. Instead, American Airlines employees orchestrated a bus setup to take disembarking passengers from the stairs down from the airplane, cross the tarmac, and then board a bus. In the process of telling passengers outside in a random fashion where to go and attempting to direct them, Roberta Duplantis fell severely injuring her arm, wrist and hand.

10. Roberta was treated in Paris, France by medical specialists.

11. Roberta Duplantis underwent surgery in Fort Worth, Texas, for her injuries from the fall caused by American Airlines' negligence.

12. Plaintiffs suffered injuries from an accident as defined by the Montreal Convention Article 17. Plaintiffs were on an International carriage flight as defined by the Montreal Convention.

13. Plaintiffs were disembarking and still under the control of American Airlines' employees at all material times.

14. American paid for medical treatment and changed the Duplantis flight because the Duplantis had to cancel their trip.

15. American Airlines flew the Duplantis back to DFW.

### III.

16. American Airlines is strictly liable for damages under the Montreal Convention for the first portion of damages related to a SDR rate and calculations.

17. Plaintiffs plead for personal injury damages including emotional stress, bystander damages for Robert witnessing the injuries to his wife, pain and suffering, reasonable and necessary, medical expenses, travel expenses, physical impairment, in the past and also in the future.

WHEREFORE, Plaintiffs respectfully pray that upon final trial of this matter, Plaintiffs recover a judgment against Defendants, which includes an amount of money that fully compensates Plaintiffs and exceeds the Court's minimum jurisdictional limit, pre-judgment and post judgment interest, court costs, and for all such other and further relief to which Plaintiffs may be justly entitled.

Respectfully Submitted,

By  <u>*/s/ Robert "Bob" Haslam*</u>
ROBERT "BOB" HASLAM
State Bar No. 09201900
robert@hg555.com

Attorney at THE HASLAM FIRM
P.O. Box 100488
Fort Worth, Texas 76185
Tel: 817-332-3115
Fax: 817-332-3148


ATTORNEY FOR PLAINTIFFS